IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARIA YAWS,

Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

Defendant.

Case No. 3:12-cv-02063-MA

ORDER FOR EAJA FEES

MARSH, Judge

Based on the stipulation of the parties, plaintiff's Application for Fees (#25 & #26) pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412(d) is GRANTED. Plaintiff is awarded $5,959.17 in attorney fees, subject to verification that plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in Astrue v. Ratliff, 560 U.S. 586 (2010). If plaintiff has no such debt, then the check shall be made out to plaintiff's attorney and mailed to plaintiff's attorney's office as follows: Tim Wilborn, P.O. Box 370578, Las Vegas, NV 89137. If plaintiff has a debt, then the check for any remaining funds after offset of the

1 - ORDER FOR EAJA FEES

debt shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this **22** day of MAY, 2014.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES